COURT OF APPEALS









COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS

 




 
 
  
 MARIO V.
 TORRES
  
                             Appellant,
  
 v.
  
 IRENE BARAY
 TORRES,
  
                             Appellee.
 
 
  
 '
  
 '
  
 '
  
 '
  
 '
 
 
  
 No. 08-03-00410-CV
  
 Appeal from the
  
 383rd District Court
  
 of El Paso County, Texas
  
 (TC#81-3107)
 
 




 

MEMORANDUM
OPINION

Pending before the Court is a joint
motion to dismiss this appeal pursuant to Tex.
R. App. P. 42.1.

Both parties have complied with the
requirements of Rule 42.1.  The Court has
considered this cause on the joint motion and concludes the motion should be
granted and the appeal should be dismissed. 
We therefore dismiss the appeal.

 

SUSAN
LARSEN, Justice

March 4, 2004

 

Before Panel No. 4

Barajas, C.J., Larsen, and
McClure, JJ.